

**13-MC-05011-ORD**

FILED ___ LODGED
___ RECEIVED

APR 0 4 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9  UNITED STATES OF AMERICA,

NO. **MS135011**BHS

10                              Plaintiff,

(3:12-CR-5091-1)

11      vs.

[PROPOSED]

12  SKEETER MANOS,

ORDER TO ISSUE A WRIT OF
CONTINUING GARNISHMENT
FOR NON-WAGES

13              Defendant/Judgment Debtor,

14      and

15  BANK OF AMERICA,

16                              Garnishee.

17      THIS MATTER having come before this Court upon the United States of America's

18  Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the

19  Defendant/Judgment Debtor, Skeeter Manos, from Bank of America, the Garnishee, and the

20  Court having reviewed the pleadings herein, it is hereby

21      ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment

22  against Bank of America, whose address is Bank of America, N.A., Attn: Garnishment and Levy

23  Department, M/S WA1-501-10-17, 800 5th Avenue, Seattle, WA 98124.

24

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Skeeter Manos and Bank of America – 3:12-CR-5091-1)- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1

2    DATED this ___4___ day of ___April_____, 2013.

3
                    _____
4                   UNITED STATES DISTRICT COURT JUDGE

5    Presented by:

6
     _____
7    ANASTASIA D. BARTLETT
     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT**
**FOR NON-WAGES** (USA vs. Skeeter Manos and Bank of America – 3:12-CR-5091-1)- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970