

13-MC-05011-ORD

FILED ___ LODGED
___ RECEIVED
APR 04 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SKEETER MANOS,<br><br>　　　Defendant/Judgment Debtor,<br><br>and<br><br>BANK OF AMERICA,<br><br>　　　　　　　　　　Garnishee. | NO. MS135011BHS<br><br>(3:12-CR-5091-1)<br><br>[PROPOSED]<br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Skeeter Manos, from Bank of America, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Bank of America, whose address is Bank of America, N.A., Attn: Garnishment and Levy Department, M/S WA1-501-10-17, 800 5th Avenue, Seattle, WA 98124.

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Skeeter Manos and Bank of America – 3:12-CR-5091-1)- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this __4__ day of __April__, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Skeeter Manos and Bank of America – 3:12-CR-5091-1)- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970